**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-21-00191-CV**
_____

**JOHN DOUGLAS MITCHELL JR., Appellant**

**V.**

**ORANGE COUNTY, ET AL, Appellees**

**On Appeal from the 128th District Court**
**Orange County, Texas**
**Trial Cause No. A190080-T**

**MEMORANDUM OPINION**

John Douglas Mitchell Jr., Appellant, filed a notice of appeal with the trial court on June 28, 2021. Despite written notice from this Court and an opportunity to cure, to date, Appellant has neither asserted that he is unable to afford payment of costs for the appeal nor paid the filing fee for the appeal. *See* Tex. R. App. P. 5, 20.1. In addition, no clerk's record has been filed, and the clerk responsible for preparing the record in this appeal informed the Court that Appellant failed to arrange to pay for the record. *See* Tex. R. App. P. 37.3(b).

1

On July 26, 2021, we notified the parties that it appeared appellant had not established indigent status for the appeal and warned that the appeal would be dismissed for want of prosecution unless by August 26, 2021, appellant established that he had arranged to pay the fees he is required to pay or that he needed additional time to do so. *See* Tex. R. App. P. 37.3(b), 42.3(b). On August 13, 2021, we warned Appellant that the appeal would be dismissed without further notice unless he paid the filing fee for the appeal by August 23, 2021. On September 9, 2021, we mailed a copy of a form statement of inability to pay costs to the appellant and informed him that if he sought to appeal without advance payment of costs, he would also need to file an inmate trust account statement and an affidavit of previous filings. Appellant failed to respond to the Court's notices. *See* Tex. R. App. P. 42.3(c). We dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 37.3(b), 42.3, 43.2(f).

APPEAL DISMISSED.

PER CURIAM

Submitted on October 20, 2021
Opinion Delivered October 21, 2021

Before Golemon, C.J., Kreger and Johnson, JJ.